

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-18-00353-CR

Jose Angel **HERNANDEZ-MENDOZA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 452nd District Court, Mason County, Texas
Trial Court No. 164728
Honorable Robert Rey Hofmann, Judge Presiding

PER CURIAM

Sitting:    Sandee Bryan Marion, Chief Justice
            Luz Elena D. Chapa, Justice
            Irene Rios, Justice

Delivered and Filed:  October 31, 2018

MOTION TO DISMISS GRANTED; DISMISSED

Appellant has filed a motion to dismiss this appeal. "At any time before the appellate court's decision, the appellate court may dismiss the appeal upon the appellant's motion. The appellant and his or her attorney must sign the written motion . . . ." TEX. R. APP. P. 42.2(a). This court has not yet decided this case, and appellant's motion is signed by both appellant and appellant's attorney. We therefore grant appellant's motion and dismiss this appeal. *See id.*

PER CURIAM

DO NOT PUBLISH